**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JOSEPH ROBERT COX, d.b.a. JOEKEN FIREARMS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA: DEPARTMENT OF THE TREASURY: BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES [A.T.F.], an Agency thereof; ALCOHOL AND TOBACCO TAX AND TRADE BUREAU [A.T.T.T.], an Agency thereof; R.A. ["RAY"] FRIEND, a Special Agent therein [A.T.F.]; HEIDI PETERSON, a Special Agent therein [A.T.F.]; JAMES D. JEWELL, an Investigator therein [A.T.T.T.]; TIM FOSTER, an Excise Tax Auditor therein [A.T.T.T.]; TWENTY UNKNOWN AGENTS [A.T.F. & A.T.T.T.]<br><br>　　　　Defendants. | No. CV 07-1200-PHX-SMM<br><br>**ORDER** |

　　Currently before the Court is Defendants' unopposed Motion for Extension of Time to Respond to Plaintiff's Petition for Return of Seized Property (Doc. 10). The parties have agreed that an additional 60 days would be of benefit in their present attempts to informally resolve the matters which are the subject of Plaintiff's Petition without the necessity of Court. Thus, good cause appearing,

　　**IT IS HEREBY ORDERED GRANTING** the Motion for Extension of Time to

Respond to Plaintiff's Petition for Return of Seized Property (Doc.10).

**IT IS FURTHER ORDERED** that Defendants shall file their Response to the Petition no later than Friday, October 12, 2007.

DATED this 8th day of August, 2007.

_____
Stephen M. McNamee
United States District Judge