**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JOSEPH ROBERT COX, d.b.a. JOEKEN FIREARMS,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF THE TREASURY; BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES [A.T.F.], an Agency thereof; ALCOHOL AND TOBACCO TAX AND TRADE BUREAU [A.T.T.T.], an Agency thereof; R.A. ["RAY"] FRIEND, a Special Agent therein [A.T.F.]; HEIDI PETERSON, a Special Agent therein [A.T.F.]; JAMES D. JEWELL, an Investigator therein [A.T.T.T.]; TIM FOSTER, an Excise Tax Auditor therein [A.T.T.T.]; TWENTY UNKNOWN AGENTS [A.T.F. & A.T.T.T.]<br><br>        Defendants. | No. CV 07-1200-PHX-SMM<br><br>**ORDER** |

Currently before the Court is Pending before the Court is Plaintiff's Unopposed Motion for an Extension of Time to File a Reply to Defendants' Response to Plaintiff's Motion for Summary Judgment. Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Motion for Extension of Time to file his Reply to Defendants' Response. (Doc.13).

1  **IT IS FURTHER ORDERED** that Plaintiff shall file his Reply no later than
2  Monday, November 19, 2007.
3  DATED this 29th day of October, 2007.

_____
Stephen M. McNamee
United States District Judge

- 2 -