**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JOSEPH ROBERT COX, d.b.a. JOEKEN FIREARMS,<br><br>            Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF THE TREASURY; BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES [A.T.F.], an Agency thereof; ALCOHOL AND TOBACCO TAX AND TRADE BUREAU [A.T.T.T.], an Agency thereof; R.A. ["RAY"] FRIEND, a Special Agent therein [A.T.F.]; HEIDI PETERSON, a Special Agent therein [A.T.F.]; JAMES D. JEWELL, an Investigator therein [A.T.T.T.]; TIM FOSTER, an Excise Tax Auditor therein [A.T.T.T.]; TWENTY UNKNOWN AGENTS [A.T.F. & A.T.T.T.]<br><br>            Defendants. | No. CV 07-1200-PHX-SMM<br><br>**ORDER** |

Currently before the Court is Plaintiff's Unopposed Motion for an Extension of Time to File an Opening Brief. (Doc. 36.) Mr. Cox makes this request for the reason that his Counsel and Assistant United States Attorney Tom Simon, who have undertaken extensive settlement negotiations, each believe that a settlement of the case, which will obviate the need for an appeal, is forthcoming. However, because the opening brief is an **appellate**

**brief**, said must be filed with the Court of Appeals, not with the District Court.

Accordingly,

**IT IS HEREBY ORDERED DENYING** the Motion for Extension of Time to File an Opening Brief.  (Doc. 36.)

DATED this 28th day of July, 2008.

_____
Stephen M. McNamee
United States District Judge